**No. 10-6462. Russell Robinson, Petitioner v. United States.**

562 U.S. 979, 131 S. Ct. 432, 178 L. Ed. 2d 319, 2010 U.S. LEXIS 8196.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-6465. Melody Ramsey, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

562 U.S. 979, 131 S. Ct. 433, 178 L. Ed. 2d 319, 2010 U.S. LEXIS 8185.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.

Same case below, 364 Fed. Appx. 432.

**No. 10-6508. Larry Arnold Young, Petitioner v. Patricia R. Stansberry, Warden.**

562 U.S. 979, 131 S. Ct. 435, 178 L. Ed. 2d 319, 2010 U.S. LEXIS 8199.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis

denied, and the petition for writ of certiorari dismissed. See Rule 39.8.

Same case below, 372 Fed. Appx. 394.

**No. 137, Original. State of Montana, Plaintiff v. State of Wyoming and State of North Dakota.**

562 U.S. 979, 131 S. Ct. 442, 178 L. Ed. 2d 319, 2010 U.S. LEXIS 8187.

October 18, 2010. Montana's motion for partial summary judgment granted in part and denied in part without prejudice in accordance with the Special Master's First Interim Report, and Anadarko Petroleum's motion for leave to intervene denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10M37. Russell Tinsley, Petitioner v. Louis Giorla, Warden, et al.**

562 U.S. 979, 131 S. Ct. 441, 178 L. Ed. 2d 319, 2010 U.S. LEXIS 8159.

October 18, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.